SEYFARTH SHAW LLP
D. Joshua Salinas (SBN 282065)
*jsalinas@seyfarth.com*
Sierra J. Chinn-Liu (SBN 322994)
*schinnliu@seyfarth.com*
2029 Century Park East, Suite 3500
Los Angeles, CA  90067-3021
Telephone: (310) 277-7200
Facsimile (310) 201-5219

Attorneys for Plaintiff,
VOXEL LABS INC.

Kevin A. Lipeles (Bar No. 244275)
*kevin@kallaw.com*
Thomas H. Schelly (Bar No. 217285)
*thomas@kallaw.com*
LIPELES LAW GROUP, APC
1060 Aviation Blvd., Suite 100
Hermosa Beach, California 90254
Telephone: (310) 322-2211
Fax: (310) 322-2252

Attorneys for Defendant,
BRIAN BENSON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOXEL LABS, INC.<br><br>             Plaintiff,<br><br>vs.<br><br>BRIAN BENSON,<br><br>          Defendant. | CASE NO.: 26-cv-03216-VC<br><br>JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT<br><br>Complaint filed: April 15, 2026<br>Trial date: None |

WHEREAS, Plaintiff Voxel Labs, Inc. filed a Complaint on April 15, 2026;

WHEREAS, Plaintiff personally served Defendant Brian Benson with a copy of the Complaint, Summons, and initial case opening papers on April 16, 2026;

1

WHEREAS, Defendant has requested an extension to and including June 15, 2026 to Respond to the Complaint to allow time to investigate the allegations and discuss a potential resolution;

WHEREAS, Plaintiff has agreed to this request;

WHEREAS, this is the First extension of this deadline and will not affect other scheduled dates;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE:

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6-1, the time for Defendant to file an Answer or otherwise respond to the Complaint is hereby extended to and including June 15, 2026.

IT IS SO STIPULATED.

SEYFARTH SHAW LLP

Date: May 29, 2026

By: _/s/ D. Joshua Salinas_
    D. Joshua Salinas, Esq.
    Sierra J. Chinn-Liu, Esq.
    Attorneys for Plaintiff
    VOXEL LABS, INC.


LIPELES LAW GROUP, APC

Date: May 29, 2026

By: _/s/ Thomas H. Schelly_
    Kevin A. Lipeles, Esq.
    Thomas H. Schelly, Esq.
    Attorneys for Defendant
    BRIAN BENSON

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is Lipeles Law Group APC, 1060 Aviation Blvd., Suite 100, Hermosa Beach, CA 90254. My electronic service address is: LindaB@kallaw.com. On the date below, I served the foregoing document(s) described as:

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

By sending a true copy thereof to the address listed below:

| | |
|---|---|
| D. Joshua Salinas, Esq.<br>Sierra J Chinn-Liu, Esq.<br>Seyfarth Shaw LLP<br>2029 Century Park East, Suite 3500<br>Los Angeles, CA 90067<br>Tel: 310-277-7200<br>Fax: 310-201-5219<br>Email: jsalinas@seyfarth.com<br>Email: schinnliu@seyfarth.com | Attorneys for Plaintiff<br>VOXEL LABS INC. |

■ **By E-Mail or Electronic Transmission.** I caused the documents to be sent to the persons at the email address listed above in a PDF file, and the transmission appeared to be successful.

☐ **By United States Mail.** I deposited a sealed envelope containing a true and correct copy of the documents listed above with the United States Postal Service with the postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Hermosa Beach, California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on May 29, 2026 at Hermosa Beach, California.

*Linda Beck*

_____
Linda Beck

1

PROOF OF SERVICE