SEYFARTH SHAW LLP
D. Joshua Salinas (SBN 282065)
jsalinas@seyfarth.com
Sierra J. Chinn-Liu (SBN 322994)
schinnliu@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Plaintiff VOXEL LABS INC


Kevin A. Lipeles (Bar No. 244275)
*kevin@kallaw.com*
Thomas H. Schelly (Bar No. 217285)
*thomas@kallaw.com*
LIPELES LAW GROUP, APC
1060 Aviation Blvd., Suite 100
Hermosa Beach, California 90254
Telephone: (310) 322-2211
Fax: (310) 322-2252

Attorneys for Defendant BRIAN BENSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOXEL LABS INC.,<br><br>                  Plaintiff,<br><br>        v.<br><br>BRIAN BENSON,<br><br>                  Defendant. | Case No. 3:26-cv-03216-VC<br><br>**STIPULATION FOR ENTRY OF PRELIMINARY INJUNCTION ORDER**<br><br>Verified Complaint filed: April 15, 2026 |

STIPULATION FOR ENTRY OF PRELIMINARY INJUNCTION ORDER

Plaintiff Voxel Labs Inc. ("Plaintiff" or "Voxel") and Defendant Brian Benson ("Defendant" or "Benson"), by their undersigned counsel, hereby agree as follows:

1. Benson and all persons or entities acting on his behalf, for his benefit or in active concert or participation with him are enjoined from possessing, using, or disclosing Voxel's trade secrets or confidential information;

2. Voxel and Benson will comply with the terms of the Stipulated Forensic Inspection Protocol Agreement, which is attached hereto as **Exhibit 1**.

3. Voxel and Benson agree that Voxel will not be required to file an undertaking in connection with the entry of the Stipulated Preliminary Injunction.

4. Voxel and Benson stipulate that absent this Stipulated Preliminary Injunction, Voxel may suffer irreparable harm.

5. Benson acknowledges that the provisions of this Stipulated Preliminary Injunction will not impact him in a material way.

6. Voxel and Benson agree that the above Stipulated Preliminary Injunction should be effective immediately and remain in effect pending trial in this action or further order of this Court.

7. Voxel and Benson agree that entry of this Stipulation Preliminary Injunction will resolve the pending order to show Cause regarding the issuance of a preliminary injunction.

SEYFARTH SHAW LLP

Date: June 18, 2026

By: _/s/ D. Joshua Salinas_
    D. Joshua Salinas, Esq.
    Sierra J. Chinn-Liu, Esq.
Attorneys for Plaintiff VOXEL LABS, INC.

LIPELES LAW GROUP, APC

Date: June 18, 2026

By: _/s/ Thomas H. Schelly_____
    Kevin A. Lipeles, Esq.
    Thomas H. Schelly, Esq.
Attorneys for Defendant BRIAN BENSON

1

STIPULATION FOR ENTRY OF PRELIMINARY INJUNCTION ORDER